# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151520

SHANNON BITTERMAN,
   Plaintiff-Appellant,

v

CHERYL D. BOLF,
   Defendant-Appellee.

SC: 151520
COA: 319663
Saginaw CC: 13-019397-CZ

_____/

   On order of the Court, the application for leave to appeal the April 14, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 35 days of the date of this order addressing only the question of how this Court should define the term "public official" under Section 13(1) of the Open Meetings Act, MCL 15.273(1). The parties should not submit mere restatements of their application papers.

   The Public Corporation Law Section of the State Bar of Michigan is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2015



Clerk

s1124